AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| | ) | Case No.  5:26-mj-00166(CBF) |
| | ) | |
| ARNOL HENRIQUE ALVARADO- | ) | |
| ALVARADO, | ) | |
| | ) | |
| **Defendant** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date(s) of July 15, 2026 in the county of Jefferson in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Re-entry of deported alien |

This criminal complaint is based on these facts:
See affidavit

☒     Continued on the attached sheet.

JOSHUA N TODD
Digitally signed by JOSHUA N TODD
Date: 2026.07.24 13:30:28 -04'00'

*Complainant's signature*

Joshua N. Todd, Supervisory Border Patrol Agent

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:     July 24, 2026

*Judge's signature*

City and State:     Syracuse, New York

Hon. Carla B. Freedman, United States Magistrate Judge

*Printed name and title*

## AFFIDAVIT

I, Joshua N. Todd, being duly sworn, depose and state that:

1.      I am an Acting Supervisory Border Patrol Agent employed by the Department of Homeland Security, Customs and Border Protection, U.S. Border Patrol (USBP). I have been a Border Patrol Agent with USBP since 2010.  I am currently assigned to the Wellesley Island Station, Buffalo, New York Sector, where I investigate all federal administrative and criminal violations. I have also investigated felony human and narcotics trafficking cases and I have gained pertinent knowledge as a USBP Criminal Intelligence Analyst assigned to various task forces throughout Texas, Montana, and New York State. Prior to my work with USBP, I was a Special Agent with the Department of the Army, Criminal Investigation Division (DACID). As a Special Agent, I participated in the investigation of persons suspected of violating a broad range of federal, state, and miliary laws. I have received training in digital evidence, crimes against persons, sexual assault, child assault, child sexual assault, and death investigations. I have gained training through the Criminal Investigation Training Program, DACID Special Agent Basic Training, U.S. Border Patrol Academy, and the U.S. Customs Academy.

2.      The information contained in this affidavit is based on my personal knowledge obtained during the course of this investigation and on information conveyed to me by other USBP Agents. Because this affidavit is being submitted for the limited purpose of establishing probable cause for this complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for this complaint.

3.      Based upon the facts set forth below, there is probable cause to believe that Arnol Henrique ALVARADO-ALVARADO (hereafter, ALVARADO-ALVARADO) has violated Title 8, United States Code, Section 1326(a).

4.      On July 15, 2026, Wellesley Island USBP Agents were conducting a targeting operation at a hotel located in Watertown, NY, which is known by law enforcement to be frequented by illegal aliens.

5.      At approximately 9:00 a.m., Border Patrol Agents (BPAs) observed a gray Honda Civic bearing a Virginia license plate (hereafter, the Target Vehicle) parked at the hotel. BPAs conducted vehicle registration checks on the Target Vehicle and learned that the Target Vehicle was registered to ALVARADO-ALVARADO. The registration information included a photo of ALVARADO-ALVARADO, and the fact that he had a prior order of removal from the United States in 2023.

6.      At approximately 9:56 a.m., two people exited the hotel and walked toward the Target Vehicle. One of the people appeared to match the photograph of ALVARADO-ALVARADO. BPAs approached the Target Vehicle and ALVARADO-ALVARADO. BPAs spoke with ALVARADO-ALVARADO, who confirmed that he was a citizen of Honduras with no documentation allowing him to be in the United States lawfully.

7.      ALVARADO-ALVARADO was placed under arrest and transported to the Wellesley Island Border Patrol Station for further processing and disposition.

8.      In a post-*Miranda* interview, ALVARADO-ALVARADO admitted that he was aware of his prior removal order and that he was not allowed to return to the United States. He admitted to crossing the international boundary into the United States after this removal and that

he had not obtained permission to return to the United States.

9.      Subsequent investigation revealed that ALVARADO-ALVARADO was removed from the United States via ICE Air Flight on or about June 7, 2023, from the San Antonio, Texas Port of Departure.

10.     A comprehensive query of databases maintained by United States Citizenship and Immigration Services confirmed that ALVARADO-ALVARADO has not applied for, nor obtained, permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States after his 2023 removal.

11.     Based on the foregoing, I respectfully submit that there is probable cause to believe that, on or about July 15, 2026, ALVARADO-ALVARADO violated Title 8, United States Code, Section 1326(a).

ATTESTED TO BY THE APPLICANT BY TELEPHONE IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

JOSHUA N TODD
Digitally signed by JOSHUA N TODD
Date: 2026.07.24 13:31:18 -04'00'

Joshua N. Todd
Supervisory Border Patrol Agent

I, the Hon. Carla B. Freedman, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by videoconference on July 24, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Carla B. Freedman
United States Magistrate Judge